UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| RICHARD WOLF GUTS,<br><br>     Plaintiff,<br><br>vs.<br><br>MR. M COUNTY, Case Manager at USP Tucson AZ, in his indiviaual and offical capacity; DR. HAAR, Chief Psychologist at Springfield, MO FMC, in his indiviaual and offical capacity; DR HAMPTON, Psychologist at Med Cntr Springfield, MO, in his or her indiviaual and offical capacity; and FBOP WOOT, Staff Employees at Central Office Washinton DC, in its indiviaual and offical capacity,<br><br>     Defendants. | CENTRAL DIVISION<br><br>3:24-CV-03007-RAL<br><br><br>JUDGMENT OF DISMISSAL |
| RICHARD WOLF GUTS,<br><br>     Plaintiff,<br><br>vs.<br><br>MR. M COUNTY, Case Manager at US Penitentiary Tuscon AZ; and BOP FMC PHD'S, Dr at Springfield Missori,<br><br>     Defendants. | CENTRAL DIVISION<br><br>3:24-CV-03009-RAL |
| RICHARD WOLF GUTS,<br><br>     Plaintiff,<br><br>vs.<br><br>MR. M COUNTY, case manager at USP Tucson Arizona in his individual and official capacities; FBCP DOCTORS, Springfield FMC in official capacity; and LIANTANDT SHIAZ, Liantandt at USP Tucson Arizona,<br><br>     Defendants. | SOUTHERN DIVISION<br><br>4:24-CV-04054-RAL |

| | |
|---|---|
| RICHARD WOLF GUTS,<br><br>                            Plaintiff,<br>vs.<br><br>MR. M COUNTY, Case Manager at USP A.Z. in individual and official capacity; MR. H SHIED, USP lieutenant USP Tucson A.Z in official capacity; FBCP PHD'S, Psychiatrists Springfield, MO FMC in official Capacity; and FBCP US DOJ, Doctors at FMC Springfield, Mo in individual and official capacity,<br><br>                            Defendants. | WESTERN DIVISION<br><br>5:24-CV-05015-RAL |

      Based on the Opinion and Order Granting Plaintiff's Motions for Leave to Proceed In Forma Pauperis and 1915 Screening Dismissing Cases, it is

      ORDERED, ADJUDGED AND DECREED that under Rules 54 and 58 of the Federal Rules of Civil Procedure judgment in part with prejudice and in part without prejudice is entered against Richard Wolf Guts.

      DATED May 20th, 2025.

                                        BY THE COURT:

                                        ROBERTO A. LANGE<br>
                                        CHIEF JUDGE